UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Charlie Jimnez

                               Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

13-CR-847 ( )

Defendant  Charlie Jimnez  hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer  on VOJR

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

s/ Charlie Jimnez by TJG
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Charlie Jimnez
Print Defendant's Name

_____
Defendant's Counsel's Signature

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/19/21
Date

Andrew Krause
~~U.S. District Judge~~/U.S. Magistrate Judge