UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Charlie Jimenez,

    Defendant.

-------------------------------------------------------x

ORDER

Docket No. 13 CR 00847 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Howard Tanner, Esq., is to assume representation of the defendant in the above captioned matter as of May 28, 2021. Mr. Tanner is appointed pursuant to the Criminal Justice Act. His address is Tanner & Ortega, LLP, 299 Broadway, Suite 1700, New York, NY 10007, phone number (212) 962-1333; Email: htanner@tannerortega.com

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
      June 1, 2021