**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

# MEMO ENDORSED

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

July 20, 2021

Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

By: ECF and Email/PDF

Re: *USA v. Charlie Jimenez*, 13 Cr. 847 (KMK)
Letter Motion for Leave to File Sur-Reply

Dear Judge Karas,

I am in receipt of the Government's Sentencing Submission (ECF Doc No. 360) and exhibits in the above matter. I wish to briefly address certain representations made by the Government in their letter and therefore request leave to file a sur-reply by no later than Friday, July 23, 2021.

Thank you for your consideration of this application.

Granted.

So Ordered.

7/20/21

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc: AUSA Steven J. Kochevar (By ECF and Email/PDF)
AUSA James McMahon (By ECF and Email/PDF)