**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

MEMO ENDORSED

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

January 9, 2023

Honorable Kenneth M. Karas
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

By ECF and Email/PDF

      **Re:**   *United States v. Charlie Jimenez*, 13 Cr. 847 (KMK)
              **Letter Motion for CJA Re-Appointment**

Dear Judge Karas:

    The Court previously appointed me, pursuant to CJA, to represent the defendant, Mr. Jimenez (ECF Doc No. 355), for specifications alleging Violations of Supervised Release ("VOSR") underlying the above indictment, which was resolved on August 23, 2021 (ECF Doc No. 368). On January 3, 2023, I received notice from the United States Probation Office of new VOSR specifications. It is my understanding that the defendant made his initial appearance on January 6, 2023 for this matter, represented by the CJA Duty attorney for the day, and the case was adjourned for a status conference on March 7, 2023 at 2:00 pm.

    I therefore write to the Court to request CJA re-appointment to represent the defendant, *nunc pro tunc*, to January 3, 2023.

    Thank you, Your Honor, for your consideration of this application.

Granted.
So Ordered.
*/s/ KMK*
1/9/23

Very truly yours,

Tanner & Ortega, L.L.P.

*/s/ Howard E. Tanner*
Howard E. Tanner, Esq.

cc:   All Parties (By ECF)