**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

April 29, 2023

Honorable Kenneth M. Karas
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Charlie Jimenez*, 13 Cr. 847 (KMK)
Third Letter Motion for Adjournment of VOSR Conference

Dear Judge Karas:

I am appointed to represent the defendant, Charlie Jimenez, in the above Violation of Supervised Release matter, which is scheduled for a status conference on May 11, 2023 at 3:00 pm. I conferred yesterday with my client's defense counsel for his pending Yonkers City Court criminal case which underlies, in part, the instant VOSR Petition. He informs me that plea negotiations for that matter are ongoing but he is hopeful for a resolution at the next court date on May 16, 2023. I therefore write to the Court to request an adjournment of the instant proceedings, which would facilitate a possible resolution, and thus result in a more productive conference at a future date.

It is my understanding that June 27, 2023 at 3:00 pm is a convenient date and time for the Court. Thank you, Your Honor, for your consideration of this matter.

Granted. The next conference is adjourned to 6/27/23, at 3:00 pm.

So Ordered.
4/29/23

Very truly yours,
Tanner & Ortega, L.L.P.

Howard E. Tanner, Esq.

cc: AUSA Steven J. Kochevar (By ECF and Email/PDF)
USPO Jason G. Lerman (By Email/PDF)